Larry W. Lee (State Bar No. 228175)
Mai Tulyathan (State Bar No. 316704)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder (State Bar No. 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214
(831) 634-0333 facsimile

Attorneys for Plaintiff, the Class, and Aggrieved Employees

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASTRO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC, a Delaware limited liability company; GRAPHIC PACKAGING INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:21−cv−00448−JLS−DFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  Danielle Hultenius Moore (SBN 232480)
       E-Mail:  dmoore@fisherphillips.com
2  Christopher M. Jevsevar (SBN 311106)
       E-Mail:  cjevsevar@fisherphillips.com
3  
4  Benjamin P. Carney (SBN 317206)
       E-Mail:  bcarney@fisherphillips.com
5  **FISHER & PHILLIPS LLP**
6  4747 Executive Drive, Suite 1000
   San Diego, California  92121
7  Telephone:  (858)597-9600
8  Facsimile:  (858)597-9601

9  
10 Attorneys for Defendant
   Graphic Packaging International, LLC and Graphic Packaging International, Inc.

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-15.7, Plaintiff Marcos Castro ("Plaintiff") and Defendants Graphic Packaging International, LLC and Graphic Packaging International, Inc. ("Defendants" and collectively with Plaintiff, the "Parties") hereby provide notice to the Court that the Parties have reached an agreement to settle this matter.

On June 7, 2021, the Parties in this Action, as well as the parties in two related PAGA cases pending in state court, participated in a private mediation with mediator Tripper Ortman, Esq. The related actions are *Linebarger v. Graphic Packaging International, LLC,* Orange County Superior Court Case No. 30-2020-01122257-CU-OE-CJC (the "*Linebarger*" action), and *Lawson v. Graphic Packaging International, LLC*, Butte County Superior Court Case No. 20CV01921 (the "*Lawson*" action).

While the parties did not reach an agreement at mediation, the parties continued negotiations thereafter, assisted by Mr. Ortman, and ultimately reached a global agreement to settle all claims via a mediator's proposal.

The parties are currently preparing a formal settlement agreement and anticipate filing a Motion for Preliminary Approval in the earlier-filed *Lawson* action, pending in Butte County Superior Court. As such, the Parties jointly request that the Court vacate all remaining dates on calendar and stay this Action, pending settlement approval in the *Lawson* action.

DATED: September 1, 2021            DIVERSITY LAW GROUP, P.C.

By: _/s/ Mai Tulyathan_
    Larry W. Lee
    Mai Tulyathan
Attorneys for Plaintiff, the Class, and Aggrieved Employees

1  DATED: September 1, 2021         FISHER & PHILLIPS LLP

3                                   By:  */s/ Benjamin P. Carney*
                                        Danielle Hultenius Moore
4                                       Christopher M. Jevsevar
                                        Benjamin P. Carney
5                                   Attorneys for Graphic Packaging
                                    International, LLC and Graphic Packaging
6                                   International, Inc.