# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASTRO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC, a Delaware limited liability company; GRAPHIC PACKAGING INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00448-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (Doc. 23)** |

  The Court, having reviewed the Parties' Joint Stipulation for Order of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 23), hereby ORDERS as follows:

  1. This Action shall be dismissed *without* prejudice;

  2. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: April 18, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2